**In re Richard J. DITZIK.**

No. 04–1113.

United States Court of Appeals,
Federal Circuit.

Nov. 8, 2004.

Rehearing and Rehearing En Banc
Denied Dec. 16, 2004.

Before CLEVENGER, RADER, and
BRYSON, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

USINOR INDUSTEEL, S.A., AG Der
Dillinger Huttenwerke, Salzgitter AG
Stahl Und Technologie, and Thyssen
Krupp Stahl AG, Plaintiffs,

and

Duferco Clabecq, S.A., Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

International Steel Group, Inc. (formerly Bethlehem Steel Corporation), Defendant–Appellee,

and

U.S. Steel Group, A Unit of USX Corp.
(now known as United States Steel
Corporation), Defendant.

No. 04–1081.

United States Court of Appeals,
Federal Circuit.

Nov. 8, 2004.

Before CLEVENGER, RADER, and
BRYSON, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.